UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE



2012 JUL 24 A 11: 12

SAMUEL J. BOURNE,
        Plaintiff                                               Docket No. 12-cv-251-JL

v.

STATE OF NEW HAMPSHIRE,
SUPREME COURT OF NEW HAMPSHIRE,
LINDA STEWART DALIANIS individually,
JAMES E. DUGGAN individually,
GARY E. HICKS individually,
CAROL ANN CONBOY individually,
ROBERT J. LYNN individually, and
EILEEN FOX individually,

        Defendants

## MOTION FOR RECUSAL AND CHANGE OF VENUE

Now Comes the Plaintiff Mr. Bourne and respectfully request the *Recusal* of Justice Joseph LaPlante, and other[s], and a *Change of Venue* in order to provide a [fair] hearing before an [impartial] tribunal. This request is due to known conflicts of interest, therefore the Plaintiff respectfully requests this Court to *Recuse* itself from hearing any proceedings in the above-captioned matter for reasons set forth more fully in the [attached] Memorandum of law in support of Plaintiff's Motion for Recusal and Change of Venue.

Respectfully Submitted,

*/s/ Samuel Bourne*

Samuel Bourne individually,                                       July 23, 2012
117 Pond Street
East Bridgewater, MA 02333
508-378-9319

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded via U.S. First Class Mail, postage prepaid, to counsel for the Defendant[s], Michael A. Delaney Attorney General of N.H., and Nancy J. Smith Senior Assistant Attorney General of N.H., 33 Capital Street Concord, N.H. 03301

*[signature]*