UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*****************************************
| | |
|---|---|
| Samuel Bourne, | * |
|     Plaintiff | * |
| | * |
|     v. | *   12-cv-251-JL |
| State of New Hampshire, Supreme | * |
|  Court of New Hampshire, Honorable Linda | * |
|  Dalianis, Honorable James Duggan, | * |
|  Honorable Gary Hicks, Honorable Carol Ann | * |
|  Conboy, Honorable Robert Lynn | * |
|  and Eileen Fox, Supreme Court Clerk | * |
|     Defendants | * |
| | * |

*****************************************

## **OBJECTION TO MOTION TO RECUSE AND CHANGE OF VENUE**

The Defendant(s), State of New Hampshire, Supreme Court of New Hampshire, Honorable Linda Dalianis, Honorable James Duggan, Honorable Gary Hicks, Honorable Carol Ann Conboy, Honorable Robert Lynn and Eileen Fox, Supreme Court Clerk, by and through counsel, the Office of the Attorney General object to plaintiff's motion to recuse and for change of venue as more specifically set forth in the memorandum law attached hereto.

WHEREFORE, Defendants respectfully request that the court order as follows:

A.    That the plaintiff's motion to recuse and for change of venue be denied;

B.    For such other and further relief as is just and necessary.

    Respectfully submitted,

    STATE OF NEW HAMPSHIRE, N.H. SUPREME
    COURT, HONORABLE LINDA DALIANIS,
    HONORABLE JAMES DUGGAN, HONORABLE
    GARY HICKS, HONORABLE CAROL ANN
    CONBOY, HONORABLE ROBERT LYNN AND
    EILEEN FOX, SUPREME COURT CLERK

    By their attorney,

                                    MICHAEL A. DELANEY
                                    ATTORNEY GENERAL


Date:   July 27, 2012            /s/ Nancy J. Smith_____
                                         Nancy J. Smith, NH Bar No. 9085
                                         Senior Assistant Attorney General
                                         New Hampshire Attorney General's Office
                                         33 Capitol Street
                                         Concord, New Hampshire 03301-6397
                                         Telephone:  (603) 271-3650
                                         Email:  nancy.smith@doj.nh.gov

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was served on the following persons on this date and in the manner specified herein:  Conventionally served by first class mail to Samuel Bourne, pro se, 117 Pond Street, East Bridgewater, MA 02333.

Date:  July 27, 2012

                                         ___/s/ Nancy J. Smith_____
                                         Nancy J. Smith
                                         NH Bar #  9085