# EXHIBIT-4



STATE OF NEW HAMPSHIRE
CARROLL COUNTY SUPERIOR COURT

BEDROCK REALTY TRUST,     . Case No. 03-E-061, 03-E-114,
                          .           03-E-144, 05-E-014
          Plaintiff,      .
                          . Ossipee, New Hampshire
     vs.                  . Tuesday, March 13, 2007
                          .
TOWN OF MADISON,          .
                          .
          Defendant.      .
. . . . . . . . . . . . . .

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE EDWARD J. FITZGERALD
SUPERIOR COURT JUSTICE

APPEARANCES:

For the Plaintiff:      Rachel Hampe, Esq.
                        MC LANE, GRAF, RAULERSON &
                          MIDDLETON
                        900 Elm Street, PO Box 326
                        Manchester, New Hampshire  03105

For the Defendant:      Randall Cooper, Esq.
                        COOPER CARGILL CHANT
                        2935 White Mountain Highway
                        No. Conway, New Hampshire  03860


Audio Operator:         Electronically Recorded
                        by Monitor Catherine J. Borella

Transcription Company:  Rand Reporting & Transcription, LLC
                        80 Broad Street, Fifth Floor
                        New York, New York 10004
                        (212) 504-2919
                        www.randreporting.com

Proceedings recorded by electronic sound recording, transcript produced by court-approved transcription service.

④

2

## INDEX

| WITNESS<br>FOR THE DEFENDANT | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ROBERT KING | 3 | 50 | 107 | |
| ROGER J. CYR, JR. | 109 | | | |

| | Page |
|---|---|
| MOTION TO DISMISS | 116 |
|     Court Decision | 125 |

| EXHIBIT | | Ident. | Evid. |
|---|---|---|---|
| TT | 1848 highway districts | | 22 |
| UU | Deed for 50 acres, Harmon to Kennett | | 22 |
| VV | 1782 range lot map | | 22 |
| EEE | Excerpt, Gerry and Henney, 1979 | | 22 |
| NNN-1 through NNN-14 | Harmon homestead documents, 1826-1859 | | 22 |
| AAA | 1860 map of Madison highways | | 34 |
| WW | 1938 Blister Rust map (two versions) | | 34 |
| FFF | Court clerk letter re: No discontinuances | | 34 |
| ZZ | 1860 Herbert Weston map | | 108 |

1  Solomon Harmon Road, and you responded, "That's possible because
2  it was missing on this tracing, as were other things." Isn't
3  that right?
4      A.  That's what I responded, but in fact, that was not
5  accurate.  There are other roads where that was true, but it
6  wasn't true for -- that's not the reason that I, as you put it,
7  freehanded it.  It is true for other roads, Randall Perkins Road
8  being an example off the top of my head where it had been left
9  off of Weston's tracing, even though the cellar hole is shown.
10     Q.  And at that time, Mr. King, you didn't discuss all these
11 other alterations that you made, you just came up with this new
12 list that you brought to the trial this week.
13     A.  No, I didn't just --
14     Q.  I don't know when you prepared it, but I'd never been
15 presented with it before.  You didn't discuss it with me at the
16 deposition, did you?
17     A.  Because you caught me cold with that question and I
18 didn't have the answer.  I had to go back and look at my work.
19 Might have been -- in fact, in my records I have the very Weston
20 map on which I used Snopake to Snopake out the errors and pen in
21 the changes.  And as I testified earlier, there were twenty-two
22 such changes that were made to correct errors on the Weston map,
23 errors that were in conflict with the findings of the committee;



1  errors representing things we knew were not accurate on the
2  Weston map.  And our purpose was to put a map in the library as
3  part of our reports that gave accurate information based on our
4  committee reports and findings, not to put erroneous information
5  in front of the public as part of our reports.
6       And Weston's road histories are in the same category.
7  There were errors in those, too, and we heavily annotated his
8  written road histories to correct those errors.  They weren't all
9  errors.  Sometimes he was using road names that would not be
10 familiar to people today and we annotated it to show this is what
11 the road is known as today, for example.
12      Q.  In your report you didn't note the changes that you made
13 to the map, did you?
14      A.  We did not and I will admit this as having been an
15 omission.  We didn't expressly mark the map as having been
16 annotated and altered by the Class VI road, but there is at least
17 one inscription on the map that I think implies that.  We did add
18 something to the map in a very obvious way.
19      Q.  Okay.  And then you drew your conclusions, your road
20 study conclusions, onto a map and you numbered Solomon Harmon
21 Road as Number 18 in your report, right?
22      A.  I'm not sure of the first part of your question.  We
23 did, indeed, number Solomon Harmon Road as Road No. 18 on the map