from: Brian Cullen Bcullen@cullencollimore.com
to: Sam Bourne <bourne.sam@gmail.com>
date: Mon, Jul 30, 2012 at 4:24 PM
subject: RE: Objection to Statement of Reasonable Expenses

Mr. Bourne:

I fail to see how a settlement offer that would allow you to avoid paying what will soon be over $3,000 of court ordered fees (in the two cases), move a much-despised foot path from your front door, and give you a chance to have a fresh start in the town you would like to live in at least part time, is "abusive." In reality, it would save your family money and save you time pursuing a claim (the federal case against the Supreme Court) that is certain to be dismissed.

While you have rejected my settlement overtures, the Court in the defamation case has reviewed and denied your most recent motion, ordering today that you answer Interrogatory No. 16 exactly as I had outlined in my email to you of last week (which you ignored) by next Monday. Assuming that you do so, I'd like to resume your deposition the week of August 20. Please let me know which day that week suits you best, barring Friday the 24th.

Brian

Brian J.S. Cullen, Esq.
CullenCollimore pllc
10 East Pearl Street
Nashua, NH 03060

