UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel J. Bourne

        v.                                        Civil No. 12-cv-251-JL

State of New Hampshire et al

O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the pending Motion to Change Venue, Motion to Dismiss and Motion to Strike Motion to Dismiss in the above captioned matter and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

August 22, 2012

                                                            Joseph N. Laplante
                                                            Chief Judge

cc:  Samuel J. Bourne, Pro se
      Nancy J. Smith, Esq.