UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Samuel J. Bourne</u>
        v.                                                                       Civil No. 12-cv-251-JL

<u>New Hampshire, State of, et al</u>

## RECUSAL ORDER

I hereby recuse myself from presiding over this case, and request that the clerk Re-assign this matter.

SO ORDERED.

August 30, 2012                                    <u>*/s/ Joseph N. Laplante*</u>
                                                          Joseph N. Laplante
                                                          United States District Judge

cc:    Samuel J. Bourne, Esq.
        Nancy J. Smith, Esq.