UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Samuel J. Bourne
        v.                                                                         Civil No. 12-cv-251-JL

New Hampshire, State of, et al


## RECUSAL ORDER

I hereby recuse myself from presiding over this case, and request that the clerk Re-assign this matter.


SO ORDERED.


August 30, 2012                                                  */s/ Joseph N. Laplante*
                                                                          Joseph N. Laplante
                                                                          United States District Judge


cc:     Samuel J. Bourne, Esq.
          Nancy J. Smith, Esq.