UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel Bourne

        v.                                    Civil No. 12-cv-251-PB

State of New Hampshire, et al

O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the Motion to Change Venue, Motion to Dismiss and Motion to Strike Motion to Dismiss and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.


September 4, 2012                                /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

cc:     Samuel Bourne, Pro Se
        Nancy Smith, Esq.