UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

<u>Samuel Bourne</u>

    v.                                    Case No. 12-cv-251-PB

<u>State of New Hampshire, et al.</u>

<u>O R D E R</u>

The September 4, 2012 Order referring motions to Magistrate Judge Landya McCafferty is hereby vacated.

SO ORDERED.

                                      <u>/s/Paul Barbadoro</u>
                                      Paul Barbadoro
                                      United States District Judge

September 5, 2012

cc:  Samuel Bourne, Pro Se
     Nancy Smith, Esq.