EXHIBIT - 2



Gov. John Lynch, left, and U.S. District Court Judge Paul J. Barbadoro congratulate Maribel A. Cypher of Hancock on becoming a U.S. Citizen. Cyppher has lived and worked in the Philippines, Saudi Arabia, Taiwan, China, Israel and Boston.