UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Samuel J. Bourne</u>

   v.           Civil No. 12-cv-251-PB

<u>State of New Hampshire, et al</u>

## **J U D G M E N T**

  In accordance with the Order dated September 14, 2012, by Judge Paul Barbadoro granting the defendants' motion to dismiss, judgment is hereby entered.

                By the Court,

                /s/ James R. Starr
                James R. Starr, Clerk

September 17, 2012

cc: Samuel Bourne, Pro Se
   Nancy Smith, Esq.