# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

September 24, 2012

Mr. Samuel J. Bourne
117 Pond St
East Bridgewater, MA 02333

Dear Mr. Bourne:

In re:   Civil No. 12-cv-251-PB, Bourne v. State of New Hampshire, et al

     Pursuant to Local Rule 67.4, this office is unable to accept personal checks without a court order; we are, therefore, returning your personal check #202A, dated September 24, 2012, in the amount of $ 455.00.

     Please resubmit payment to us in the form of a money order or cashier's check payable to "Clerk, U.S. District Court."

Very truly yours,

James R. Starr
Clerk

By: _/s/ Janice E. Boucher_
Janice Boucher
Deputy Clerk

Enclosure – Personal Check # 202A