UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.     D.C.#  Case No. 12-cv-251-PB      C.C.A.#

2.     TITLE OF CASE:  <u>Bourne v State of NH, et al</u>

3.     NAME OF COUNSEL FOR APPELLANT(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

4.     NAME OF COUNSEL FOR APPELLEE(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5.     NAME OF JUDGE: Paul Barbadoro, United States District Judge

6.     COURT REPORTER(S) & DATES:
   NONE - No hearings held

   TRANSCRIPTS ORDERED / ON FILE      NO

7.     HEARING / TRIAL EXHIBITS      N/A

8.     COURT-APPOINTED COUNSEL      NO

9.     FEE PAID      NO (see doc #23)

10.    IN FORMA PAUPERIS      NO

11.    MOTIONS PENDING      NO

12.    GUIDELINES CASE      NO

13.    RELATED CASES ON APPEAL      NO

       C.C.A. # (IF AVAILABLE):

       DATE OF LAST N OF A:

14.    SPECIAL COMMENTS: