UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Samuel Bourne</u>

   v.               Case No. 12-cv-251-PB

<u>State of NH, et al</u>

         <u>CLERK'S CERTIFICATE TO</u>
        <u>CIRCUIT COURT OF APPEALS</u>

  I, Maryanne Michaelis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

  DOCUMENTS NUMBERED: 1, 3-7, 9, 17-20, 22, 24-25

  The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

                IN TESTIMONY WHEREOF, I hereunto set my
                hand and affix the seal of said Court, at Concord,
                in said District, on this day, September 27, 2012

                **JAMES R. STARR**, Clerk

                **By: /s/ Maryanne Michaelis, Deputy Clerk**

                **Sep 27, 2012**

cc: Samuel Bourne, Pro Se
   Nancy Smith, Esq.