UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Samuel Bourne

    v.                                                                                      Case No. 12-cv-251-PB

State of NH

CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Maryanne Michaelis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    The following non-electronic documents will be forwarded to the Circuit Court of Appeals on this date:

    NON-ELECTRONIC DOCUMENTS NUMBERED:   Notice of Appeal fee paid

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 2, 2012

**JAMES R. STARR, Clerk**

**By: /s/ Maryanne Michaelis, Deputy Clerk**
**Oct 02, 2012**

cc:    Samuel Bourne, Pro Se
        Nancy Smith, Esq.