# United States Court of Appeals
## For the First Circuit

No. 12-2168

SAMUEL J. BOURNE

Plaintiff - Appellant

v.

STATE OF NEW HAMPSHIRE; NEW HAMPSHIRE SUPREME COURT; LINDA STEWART DALIANIS; JAMES E. DUGGAN; GARY E. HICKS; CAROL ANN CONBOY; ROBERT J. LYNN; EILEEN FOX

Defendants – Appellees

**MANDATE**

Entered: April 30, 2013

In accordance with the judgment of March 14, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Samuel J. Bourne
Nancy J. Smith